AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WEBSTER BANK NATIONAL
ASSOCIATION,
      Plaintiff

V.

LAWRENCE LUCAS,
      Defendant

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

# 08 C 1890

**JUDGE KENDALL
MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Lawrence Lucas
36268 N. Tara Ct
Ingleside, IL  60041

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Lynch
Lynch & Stern LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL  60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

----------------------------------------
**(By) DEPUTY CLERK**

**April 16, 2008**
----------------------------------------
**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | April 23, 2008 |
| NAME OF SERVER *(PRINT)*  John C. Mahr | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served:  <u>1000 Belvidere Road, Grayslake,</u>
<u>IL  60030</u>

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $43.20 | $108.95 | $152.15 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  <u>April 24, 2008</u>    _____
              Date            *Signature of Server*

<u>120 East Ogden, Suite 12, Hinsdale, IL  60521</u>
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.