DISK O-9 / LUCAS-WEBSTER.ANSWER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 12 2008
May 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| WEBSTER BANK, NATIONAL ASSOCATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 01890 |
| | ) | |
| vs. | ) | |
| | ) | Honorable Virginia M. Kendall |
| LAWRENCE LUCAS, | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER TO FIRST AMENDED COMPLAINT

Now comes the Defendant, LAWRENCE LUCAS, by and through his Attorneys, MAGEE, NEGELE & ASSOCIATES, P.C., and in Answer to the Plaintiff's First Amended Complaint, states as follows:

1.  The Defendant admits each and every allegation as contained in Paragraph One of said Complaint.

2.  The Defendant admits each and every allegation as contained in Paragraph Two of said Complaint.

3.  The Defendant admits each and every allegation as contained in Paragraph Three of said Complaint.

4.  The Defendant admits each and every allegation as contained in Paragraph Four of said Complaint.

5.  The Defendant admits each and every allegation as contained in Paragraph Five of said Complaint.

6.  The Defendant admits each and every allegation as contained in Paragraph Six of said Complaint.

7.  The Defendant admits each and every allegation as contained in Paragraph Seven of said Complaint.

8. The Defendant admits each and every allegation as contained in Paragraph Eight of said Complaint.

9. The Defendant admits each and every allegation as contained in Paragraph Nine of said Complaint.

10. The Defendant admits each and every allegation as contained in Paragraph Ten of said Complaint.

11. The Defendant admits each and every allegation as contained in Paragraph Eleven of said Complaint.

12. The Defendant admits each and every allegation as contained in Paragraph Twelve of said Complaint.

13. The Defendant admits each and every allegation as contained in Paragraph Thirteen of said Complaint.

14. The Defendant admits each and every allegation as contained in Paragraph Fourteen of said Complaint.

15. The Defendant admits each and every allegation as contained in Paragraph Fifteen of said Complaint.

16. The Defendant admits each and every allegation as contained in Paragraph Sixteen of said Complaint.

17. The Defendant admits each and every allegation as contained in Paragraph Seventeen of said Complaint.

18. The Defendant admits each and every allegation as contained in Paragraph Eighteen of said Complaint.

19. The Defendant admits each and every allegation as contained in Paragraph Nineteen of said Complaint.

20. The Defendant admits each and every allegation as contained in Paragraph Twenty of said Complaint.

21. The Defendant admits each and every allegation as contained in Paragraph Twenty-One of said Complaint.

22. The Defendant admits each and every allegation as contained in Paragraph Twenty-Two of said Complaint.

23. The Defendant admits each and every allegation as contained in Paragraph Twenty-Three of said Complaint.

24. In answer to Paragraph Twenty-Four of Plaintiff's Complaint, the Defendant neither admits nor denies the allegations as to amount due but demands strict proof of the same.

WHEREFORE, the Defendant, LAWRENCE LUCAS, prays this Honorable Court dismiss the above cause for want of equity.

LAWRENCE LUCAS, Defendant;

by _____
James T. Magee, his Attorney.

James T. Magee [01729446]
MAGEE, NEGELE & ASSOCIATES, P.C.
444 North Cedar Lake Road
Round Lake, IL 60073
(847) 546-0055