**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WEBSTER BANK, NATIONAL ASSOCIATION, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>LAWRENCE LUCAS )<br>)<br>Defendant. ) | Case No. 08 C 01890<br><br>Hon. Virgina M. Kendall |

## INITIAL STATUS REPORT

Plaintiff, Webster Bank, National Association, states the following as its Initial Status Report:

1. The attorneys of record for Webster Bank are Daniel Lynch and Amy J. Hansen; Daniel Lynch is expected to try the case should it reach trial. The attorney of record for Lawrence Lucas is James T. Magee.

2. This Court has subject matter jurisdiction over this subject matter under 28 U.S.C. §1332 and 28 U.S.C. § 1348. This is a civil action between citizens of different states. The amount in controversy in this action exceeds $75,000.00, exclusive of costs and interest.

3. The nature of the claim asserted in the complaint is breach of contract arising from non-payment of sums due under a note. No counter-claim has been filed or is expected.

4. All parties have been served.

5. The sole legal and factual issue not yet resolved by the pleadings is the amount of damages due to Webster Bank as a result of the Defendant's breach of the contract.

6. The Plaintiff does not expect a jury trial.

7.	Plaintiff has issued Requests for Admission and Interrogatories.  At this time, the Plaintiff does not anticipate any further discovery.

8.	Plaintiff plans to move for summary judgment in the near future.

9.	The earliest date that the Plaintiff will be ready for trial as soon as the court is prepared to hear the case, the length of the trial is expected to be less than one day.

10.	 The Plaintiff consent to proceed before the Magistrate Judge.

10.	There have been minimal settlement discussions.  The Plaintiff does not request a settlement conference.


Dated: June 6, 2008

|  |  |
|---|---|
| Daniel Lynch (Ill. Bar No. 6202499)<br>Amy J. Hansen (Ill. Bar No. 6292957)<br>Lynch & Stern LLP<br>150 S. Wacker Dr., Suite 2600<br>Chicago, IL  60606<br>(312) 442-9480 / (312) 896-5883 (fax) | Respectfully submitted,<br>Webster Bank, National Association,<br><br> s/ *Amy J. Hansen*  (filed electronically)<br>By: One of Its Attorneys |