**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Webster Bank, National Association
                      Plaintiff,

v.                                    Case No.: 1:08−cv−01890
                                     Honorable Virginia M. Kendall

Lawrence Lucas
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held on 6/11/2008. Defendant failed to appear and file joint status report. Plaintiff to file its motion for summary judgment by 6/13/2008; Response due by 7/8/2008; Reply due by 7/22/2008; Ruling by mail.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.