## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

WEBSTER BANK, NATIONAL         )
ASSOCIATION,                         )
                                  )  Case No.  08 CV 01890
          Plaintiff            )
                                  )
        v.                     )
                                  )  Hon. Virgina M. Kendall
LAWRENCE LUCAS,             )
                                  )
          Defendant.        )

## WEBSTER BANK, NATIONAL ASSOCIATION'S
## STATEMENT OF FACTS AS TO WHICH THERE IS NO
## GENUINE ISSUE, ENTITLING IT TO SUMMARY JUDGEMENT

Plaintiff Webster Bank, National Association, by and through its attorneys, and as its Statement of Material Facts pursuant to Local Rule 56.1(a)(3) of the United States District Court for the Northern District of Illinois, offers the following statements in support of its Motion for Summary Judgment.

### PARTIES, JURISDICTION AND VENUE

**Parties**

1.     Plaintiff, Webster Bank, National Association  ("Webster"), is a national banking association, chartered pursuant to 12 U.S.C. § 21, et seq.; its articles of association designate Waterbury, Connecticut as the locus of its main office.  (Answer, ¶ 3).

2.     Defendant, Lawrence Lucas ("Lucas") is a resident of Lake County, Illinois, and a citizen of the state of Illinois.  (Answer, ¶ 4).

**Jurisdiction and Venue**

3.     This Court has subject matter jurisdiction over this subject matter under 28 U.S.C. § 1332 and 28 U.S.C. § 1348.  This is a civil action between citizens of different states.  The

amount in controversy in this action exceeds $75,000.00 exclusive of costs and interest. (Answer, ¶ 1).

    4.    Venue is properly before this Court pursuant to 28 U.S.C. §§ 1391(a)(1) and (a)(3) because Lucas resides within the district and is subject to personal jurisdiction here. (Answer, ¶ 2).

## STATEMENT OF MATERIAL FACTS
## WHICH ENTITLE WEBSTER TO SUMMARY JUDGMENT

    5.    On November 13, 2006, Webster and Lucas entered into a loan agreement evidenced by a written promissory note (the "Note"). (Answer, ¶ 5).

    6.    The Note is a valid and enforceable contract. (Answer, ¶ 18).

    7.    Under the terms of the Note, Webster agreed to loan Lucas the principal amount of $922,800.00 at a yearly interest rate of the "Prime Rate" plus 2.000%. (Answer, ¶ 6 ). There can be no dispute as to the calculation of the interest rate; the Note defines Prime Rate as the as "the highest prime rate as published in the Money Rate Table of the Wall Street Journal." (Note, ¶ 2(b)).

    8.    Webster funded the note pursuant to the terms of the loan agreement. (Answer ¶ 6). In so doing, Webster fully performed. (Answer ¶ 19).

    9.    Pursuant to the Note, Lucas was to begin making monthly payments in the amount of the interest only on January 1, 2007. These payments were to continue until Lucas had "paid all of the principal and interest and any other charges described below that [Lucas] may owe under [the] Note." (Answer ¶ 7).

    10.    The Note provides that if Webster "has not received the full amount of any monthly payment by the end of 15 calendar days after the date it is due, [Lucas] will pay a late charge, "of "5.000 % of [the] overdue payment of principal and interest." (Answer, ¶ 10).

11.    The Note provides that if a payment is not made on the date it is due, Lucas will be in default. (Answer, ¶ 11).

12.    The Note also contains a "Maturity Date" of December 1, 2007, on which Lucas agreed to pay in full any remaining amounts due under the Note. (Answer, ¶ 8).

13.    Lucas made the scheduled payments through November, 2007.   However, on December 1, 2007, Lucas failed to make the scheduled payment, and thereafter has not made a single payment to Webster.  (Answer, ¶ 9).

14.    Therefore, Lucas is in default and thereby breached the contract.  (Answer, ¶ 21).

15.    As of May 22, 2008, the amount of principal, interest, and late charges due on the Note was $796,864.80. (Ex. A, Affidavit of Teresa Grant, ¶ 10).

16.    The terms of the Note provided that Lucas agreed to pay any expenses Webster incurred in enforcing the provisions of the Note, including attorney's fees.  (Answer, ¶ 23).

17.    Webster instituted the instant litigation to enforce the provisions of the note.

18.    As of May 31, 2008, Webster had incurred expenses, including attorney's fees and costs, in enforcing in the provisions of the note in the amount of $6,657.60 with Lynch & Stern LLP (Ex. B, Affidavit of Daniel Lynch ¶¶ 3-7); and $445.00 with Murtha Cullina as of May 22, 2008. (Ex. C, Affidavit of Alena Gfeller ¶¶ 3-5).

19.    Therefore, Webster is entitled to summary judgment in the amount of $803,967.40, plus interest, fees and costs through the date of judgment.

Dated: June 13, 2008

Daniel Lynch (Ill. Bar No. 6202499)
Amy J. Hansen (Ill. Bar No. 6292957)
Lynch & Stern LLP
150 S. Wacker Dr., Suite 2600
Chicago, IL 60606
(312) 442-9480 / (312) 896-5883 (fax)

Respectfully submitted,
Webster Bank, National Association,


 *s// Amy J. Hansen* (filed electronically)
By: One of Its Attorneys

3

# Exhibit A – Affidavit of Teresa Grant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| WEBSTER BANK, NATIONAL ASSOCIATION, | ) ) ) | |
| Plaintiff | ) ) | Case No. 08 C 01890 |
| v. | ) ) ) | |
| LAWRENCE LUCAS | ) ) | Hon. Virgina M. Kendall |
| Defendant. | ) ) | |

## AFFIDAVIT OF TERESA GRANT

Teresa Grant, having been duly sworn upon by oath hereby deposes and states as follows:

1.     My name is Teresa Grant, and I am over the age of twenty-one and am competent to testify to the facts stated herein.

2.     I am currently the Senior Vice President of Loan Servicing for Webster Bank, National Association, ("Webster").

3.     I base my statements herein upon my two years of experience as an employee of Webster and a review of the records kept in the regular course of business by Webster.

4.     As part of its business, Webster regularly keeps records of payments made by borrowers.

5.     It is Webster's practice to record each payment made by a borrower on or about the time the payment is received.

6.     Webster's records reflect that Lawrence Lucas ("Lucas") failed to make the scheduled payment to Webster due on December 1, 2007, and has not since made any payment to Webster.

- 1 -

7.    The unpaid principal due on the Note executed by Lucas to Webster is $763,670.00.

8.    The Note executed by Lucas to Webster on November 13, 2006 establishes the interest rate for the loan at the Prime Rate plus 2.000 percent.

9.    The Note defines Prime Rate as "the highest prime rate as published in the Money Rate Table of the Wall Street Journal."

10.    As reported in the Wall Street Journal, when the Note matured on December 1, 2007, the Prime Rate was 7.5%. Therefore the interest rate on the principal still due under the Note is 9.5%.

11.    Consequently, the unpaid interest on the Note executed by Lucas to Webster, is $32,257.21 to date.

9.    Lucas owes outstanding late fees pursuant to the Note of $937.59.

10.    Therefore, pursuant to the terms of the Note, Lucas owes Webster the total amount of $796,864.80, in unpaid principal, interest and late fees.


Dated: May 22, 2008

Respectfully submitted,

Teresa Grant

STATE OF CONNECTICUT          )
                              ) SS
COUNTY OF _New Haven_         )


I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that Teresa Grant, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that she signed, sealed and delivered the said instrument as her free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and official seal, this _22nd_ day of _May_, 2008.

Commission expires _April 30_, 20_10_                    _____
                                                              Notary Public

- 3 -

# Exhibit B –
# Affidavit of Alena Gfeller

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WEBSTER BANK, NATIONAL ASSOCIATION, | ) ) | |
| Plaintiff | ) ) | Case No.  08 C 01890 |
| v. | ) ) | Hon. Virgina M. Kendall |
| LAWRENCE LUCAS | ) | |
| Defendant. | ) | |

## <u>AFFIDAVIT OF ALENA GFELLER</u>

Alena Gfeller, having been duly sworn upon by oath hereby deposes and states as follows:

1.    My name is Alena Gfeller, and I am over the age of twenty-one and am competent to testify to the facts stated herein.

2.    I am an attorney, and a partner in the law firm of Murtha Cullina LLP, which represents Webster Bank, National Association in connection with the above captioned matter.

3.    To date, Murtha Cullina LLP, has billed Webster Bank a total of $445.00 for legal services rendered in connection with the above captioned matter.

5.    I attach true and correct copies of the time entries for legal services billed to Webster Bank in connection with above captioned matter.

Dated: May 22, 2008                    Respectfully submitted,

_____
Alena Gfeller

STATE OF CONNECTICUT     )
                                    ) ss:  Hartford

COUNTY OF HARTFORD      )

    I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that Alena Gfeller, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that she signed, sealed and delivered the said instrument as her free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and official seal, this 22nd day of May, 2008.

Commission expires February 28, 2012

Nancy J. Potvin
Notary Public

# MURTHA CULLINA LLP

A T T O R N E Y S   A T   L A W

185 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-3469

TELEPHONE (860) 240-6000
FACSIMILE (860) 240-6150
www.murthalaw.com
FEDERAL I.D. NUMBER 06-0686015

**Invoice Number: 352442**
February 18, 2008

Client:  640900 .... Webster Bank, N.A.
Matter:  640900-0086 .... National Construction Loan Center Matter

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 01/28/08 | Potvin | 0.2 | (Lucas)  Forward request for representation to Attorney Lynch; follow-up on loan documents. | $35.00 |
| 01/29/08 | Potvin | 0.5 | (Lucas)  Forward loan documents to outside counsel; update case summary; follow-up with H. Baskerville. | $87.50 |
| 01/30/08 | Potvin | 0.1 | (Lucas)  Follow-up with Webster Bank regarding primary and collateral appraisals. | $17.50 |

Please send your payment and the remittance copy of this invoice to:
Murtha Cullina LLP     *     185 Asylum Street     *     Hartford, CT     *     06103-3469

# MURTHA CULLINA LLP

A T T O R N E Y S   A T   L A W

185 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-3469

TELEPHONE (860) 240-6000
FACSIMILE (860) 240-6150
www.murthalaw.com
FEDERAL I.D. NUMBER 06-0686015

**Invoice Number: 354524**
March 19, 2008

Client: 640900 .... Webster Bank, N.A.
Matter: 640900-0086 .... National Construction Loan Center Matter

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 02/11/08 | Potvin | 0.1 | (Lucas) Attention to status. | $17.50 |
| 02/14/08 | Gfeller | 0.3 | (Lucas) Conference call with IL counsel regarding borrower. | $78.00 |

Please send your payment and the remittance copy of this invoice to:
Murtha Cullina LLP    *    185 Asylum Street    *    Hartford, CT    *    06103-3469

*Page 22*

# MURTHA CULLINA LLP

A T T O R N E Y S    A T    L A W

185 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-3469

TELEPHONE (860) 240-6000
FACSIMILE (860) 240-6150
www.murthalaw.com
FEDERAL I.D. NUMBER  06-0686015

**Invoice Number: 356175**
April 15, 2008

Client:  640900 .... Webster Bank, N.A.
Matter: 640900-0086 .... National Construction Loan Center Matter

| **Date** | **Timekeeper** | **Hours** | **Description** | **Amount** |
|---|---|---|---|---|
| 03/03/08 | Gfeller | 0.1 | (Lucas) Conference with IL counsel regarding status. | $26.00 |

Please send your payment and the remittance copy of this invoice to:
Murtha Cullina LLP    *    185 Asylum Street    *    Hartford, CT    *    06103-3469

# MURTHA CULLINA LLP

A T T O R N E Y S   A T   L A W

185 ASYLUM STREET
HARTFORD. CONNECTICUT 06103-3469

TELEPHONE (860) 240-6000
FACSIMILE (860) 240-6150
www.murthalaw.com
FEDERAL I.D. NUMBER 06-0686015

**Invoice Number: 356175**
April 15, 2008

Client: 640900 .... Webster Bank, N.A.
Matter: 640900-0086 .... National Construction Loan Center Matter

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 03/07/08 | Potvin | 0.2 | (Lucas)  Attention to title search and update case summary. | $35.00 |
| 03/11/08 | Potvin | 0.2 | (Lucas)  Review file and follow-up with outside counsel; update case summary. | $35.00 |
| 03/19/08 | Potvin | 0.1 | (Lucas)  Attention to status and update case summary. | $17.50 |
| 03/20/08 | Gfeller | 0.1 | (Lucas) Request update from IL counsel; update spreadsheet. | $26.00 |

Please send your payment and the remittance copy of this invoice to:
Murtha Cullina LLP     *     185 Asylum Street     *     Hartford, CT     *     06103-3469

*Page 38*

# MURTHA CULLINA LLP

A T T O R N E Y S   A T   L A W

185 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-3469

TELEPHONE (860) 240-6000
FACSIMILE (860) 240-6150
www.murthalaw.com
FEDERAL I.D. NUMBER 06-0686015

**Invoice Number: 360047**
May 15, 2008

Client: 640900 .... Webster Bank, N.A.
Matter: 640900-0086 .... National Construction Loan Center Matter

| **Date** | **Timekeeper** | **Hours** | **Description** | **Amount** |
|---|---|---|---|---|
| 04/02/08 | Potvin | 0.1 | (Lucas)  Attention to status and update case summary. | $17.50 |
| 04/15/08 | Potvin | 0.2 | (Lucas)  Forward draft foreclosure of mechanic's lien to outside counsel. | $35.00 |
| 04/22/08 | Potvin | 0.1 | (Lucas)  Telephone call from Marie regarding status. | $17.50 |

Please send your payment and the remittance copy of this invoice to:
Murtha Cullina LLP    *    185 Asylum Street    *    Hartford, CT    *    06103-3469

*Page 26*

# Exhibit C –
# Affidavit of Daniel Lynch

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WEBSTER BANK, NATIONAL ASSOCIATION, | ) ) ) ) | |
| Plaintiff | ) | Case No. 08 C 01890 |
| | ) | |
| v. | ) | |
| | ) | Hon. Virgina M. Kendall |
| LAWRENCE LUCAS | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF DANIEL LYNCH

Daniel Lynch, having been duly sworn upon by oath hereby deposes and states as follows:

1.     My name is Daniel Lynch, and I am over the age of twenty-one and am competent to testify to the facts stated herein.

2.     I am an attorney, and a partner in the law firm of Lynch & Stern LLP, which represents Webster Bank in the above-captioned matter.  I began representing Webster Bank in this matter while at the Law Offices of Daniel Lynch, and continue that representation at Lynch & Stern LLP.

3.     As of May 31, 2008, Lynch & Stern LLP and the Law Offices of Daniel Lynch, has billed Webster Bank a total of $5,735.00 for legal services rendered in connection with the above-captioned matter.

4.     The following table represents the costs and expenses incurred by Webster Bank in connection with the above-captioned matter as of May 31, 2008:

1

| Type of Service | Cost |
|---|---|
| Title Search | $65 |
| Appraisal | $250 |
| Duplicating | $15.45 |
| LEXIS | $90 |
| Filing Fee | $350 |
| Service of Process | $152.15 |

5.     As of May 31, 2008, Lynch & Stern had billed Webster $922.60 representing costs and expenses in connection with the above-captioned matter to date.

6.     Therefore, as of May 31, 2008, Lynch & Stern has billed Webster Bank a total of $6,657.60 representing legal fees, costs and expenses in connection with the above-captioned matter.

7.     I attach true and correct copies of the invoices for legal services, costs and expenses billed to Webster Bank in connection with the above-captioned matter as of May 31, 2008.

Dated: June 13, 2008

Respectfully submitted,

_____
Daniel Lynch

STATE OF ILLINOIS               )

                                           ) SS

COUNTY OF _Cook_         )

       I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that Daniel Lynch, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that she signed, sealed and delivered the said instrument as her free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and official seal, this _13^{th}_ day of _June_, 2008.

Commission expires _11 – 29 –_, 20_10_        _Kimberly Lugo_
                                            Notary Public

> Official Seal
> Kimberly Lugo
> Notary Public State of Illinois
> My Commission Expires 11/29/2010

# Law Offices Of Daniel Lynch

150 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606

## 312-346-8700

312-896-5883 (fax)

**Daniel Lynch**
312-442-9480 (direct)
dan@daniellynchlaw.com

# INVOICE
### #2008-1024

### March 15, 2008

### For Time January 1, 2008 – February 29, 2008

### Taxpayer Identification Number 32-0077322

**Via Facsimile**
Kristina Sheehan, Paralegal
Webster Bank, National Association
CityPlace ll, 5th Floor
Hartford, Connecticut 06103-3494
Fax 860 947-1873

Re: *Lucas - Loan #4704188341*

This Invoice (See attached detail)................................................................$912.40

Total Balance Due........................................................................................$912.40

# LYNCH & STERN LLP

150 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
**312-442-9480**
312-896-5883 (fax)

# INVOICE
### #2008-1020

### April 25, 2008

### For Time March 1, 2008 – March 31, 2008

### Taxpayer Identification Number 38-3778099

**Via Facsimile**
Kristina Sheehan, Paralegal
Webster Bank, National Association
CityPlace ll, 5th Floor
Hartford, Connecticut 06103-3494
Fax 860 947-1873

**Re: *Lucas - Loan #4704188341***

This Invoice (See attached detail)..................................……………………………….....$1,163.75



# LYNCH & STERN LLP

150 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
**312-442-9480**
312-896-5883 (fax)

# INVOICE

#2008-1030

06/13/2008

For Time April 1, 2008 - May 31, 2008

Taxpayer Identification Number 38-3778099

Via Fax                                         Client/Matter No.:2053

Kristina Sheehan, Paralegal
Webster Bank, National Association
City Place II, 5th Floor
Hartford, CT  06103-3494

Re:    Lucas

| Previous Balance | Fees | Expenses | Advances | Payments | Balance |
|---|---|---|---|---|---|
| 0.00 | 4,025.00 | 54.30 | 502.15 | 0.00 | $4,581.45 |