UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Webster Bank, National Association
                              Plaintiff,

v.                                            Case No.: 1:08−cv−01890
                                              Honorable Virginia M. Kendall

Lawrence Lucas
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

MINUTE entry before the Honorable Virginia M. Kendall: Plaintiff's motion for summary judgment is taken under advisement. Briefing schedule set on 6/11/2008 shall stand.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.