DISK O-9 / LUCAS-WEBSTER.ANSWER2REQ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

**JUN 18 2008 TG**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| WEBSTER BANK, NATIONAL ASSOCATION, | ) | |
| Plaintiff, | ) | Case No. 08 C 01890 |
| vs. | ) | |
| | ) | Honorable Virginia M. Kendall |
| LAWRENCE LUCAS, | ) | |
| Defendant. | ) | |

### ANSWER TO REQUESTS FOR ADMISSION

1. In answer to request number 1, Defendant states that he can not independently verify the unpaid principal balance as of November 13, 2006; states that $736,670.00 is the amount previously reported; and demands strict proof of the amounts claimed due on such note.

2. The Defendant admits the allegation contained in request number 2.

3. The Defendant admits the allegation contained in request number 3.

4. The Defendant admits the allegation contained in request number 4.

5. The Defendant admits the allegation contained in request number 5.

6. The Defendant admits the allegation contained in request number 6.

7. In answer to request number 7, Defendant neither admits nor denies the calculation stated but demands strict proof thereof.

8. In answer to request number 8, Defendant neither admits nor denies the calculation stated but demands strict proof thereof.

9. In answer to request number 9, Defendant neither admits nor denies the calculation stated but demands strict proof thereof.

_____
Lawrence Lucas

## VERIFICATION

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certify that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certify as aforesaid that they verily believes the same to be true.

_____
Lawrence Lucas

James T. Magee [01729446]
MAGEE, NEGELE & ASSOCIATES, P.C.
444 North Cedar Lake Road
Round Lake, IL 60073
(847) 546-0055