

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUL 10 2008 TC
JUL 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| WEBSTER BANK NATIONAL ASSOCIATION,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>LAWRENCE LUCAS,  )<br>)<br>Defendant.  ) | Case No. 08 C 01890<br><br>Honorable Virginia M. Kendall |

### NOTICE OF CHAPTER 7 BANKRUPTCY FILING

TO:   Amy J. Hansen                        United States District Court ✓
      Lynch & Stern, LLP                    Northern District of Illinois
      150 South Wacker Drive                219 South Dearborn Street
      Chicago, Illinois 60606               Chicago, Illinois 60604

Notice is hereby given that on July 3, 2008 the Defendant in this case, LAWRENCE LUCAS, filed his Chapter 7 Petition in Bankruptcy in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division in Case Number 08-17364.

Pursuant to Section 362 of the United States bankruptcy Code further proceedings in this matter are stayed.

Dated:    July 7, 2008.

_____
James T. Magee, Attorney for
Lawrence Lucas

James T. Magee
MAGEE, NEGELE & ASSOCIATES, P.C.
444 North Cedar Lake Road
Round Lake, Illinois 60073
(847) 546-005