IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WEBSTER BANK, NATIONAL ASSOCIATION, | ) ) ) ) Case Number: 08 CV 1890 |
| Plaintiff | ) ) |
| v. | ) Hon. Virgina M. Kendall ) |
| LAWRENCE LUCAS, | ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Webster Bank, National Association ("Webster"), by and through its attorneys, and Defendant Lawrence Lucas, by and through his attorney, respectfully notifies this Court that they have come to a stipulation allowing Webster to voluntarily dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(ii). The parties stipulate as follows:

1. Rule 41(a)(ii) allows a plaintiff to voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

2. On or about July 3, 2008, the Defendant filed a voluntary bankruptcy petition in the United States Bankruptcy Court for the Northern District of Illinois.

3. Webster is voluntarily dismissing this case to comply with the provisions of 11 USC § 362(a), which grants a stay from collections to debtors filing a bankruptcy petition.

4. Webster respectfully dismisses this case without prejudice, subject to being reinstated if the bankruptcy case is dismissed, the debtor is denied a discharge, the bankruptcy court finds the debt to be non-dischargeable, or if Plaintiff obtains an order modifying the automatic stay to allow it to proceed.

Dated: ~~July~~ September 9, 2008

Respectfully submitted,

Webster Bank, National Association,

Lawrence Lucas,

*s// Amy J. Hansen* (filed electronically)
By: One of Its Attorneys

By: One of Its Attorneys

Daniel Lynch (Ill. Bar No. 6202499)
Amy J. Hansen (Ill. Bar No. 6292957)
Lynch & Stern LLP
150 S. Wacker Dr., Suite 2600
Chicago, IL 60606
(312) 442-9480 / (312) 896-5883 (fax)

James Magee
Magee, Nagele & Associates, P.C.
444 North Cedar Lake Road
Round Lake, IL 60073
(847) 546-0055

2